## SANDRA SALMON *v.* DEPARTMENT OF PUBLIC HEALTH AND ADDICTION SERVICES

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16400X01.

*Donna Decker Morris*, in support of the petition.

*Edward F. Osswalt*, assistant attorney general, in opposition.

Decided October 12, 2000

## SANDRA SALMON *v.* DEPARTMENT OF PUBLIC HEALTH AND ADDICTION SERVICES

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16400.

*Edward F. Osswalt,* assistant attorney general, in support of the petition.

Decided October 12, 2000

LISA BARBIERI *v.* DENNIS GUAGLIANONE

*Dennis Guaglianone,* pro se, in support of the petition.

Decided October 12, 2000

EVELYN COSBY TOLBERT ET AL. *v.* CONNECTICUT GENERAL LIFE INSURANCE COMPANY

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16397.

*Stephen P. Bertucio,* in support of the petition.

*Craig S. Taschner,* in opposition.

Decided October 12, 2000